1478

## RECONSIDERATION OF PRIOR DECISIONS

**2008–1781.   State v. Smith.**
Greene App. No. 07–CA–47, 2008-Ohio-3717. Reported at 124 Ohio St.3d 163, 2009-Ohio-6426, 920 N.E.2d 949. On motion for reconsideration. Motion denied.

O'DONNELL and CUPP, JJ., dissent.